EXHIBIT A:  NOTICE OF LIS PENDENS



**2016-000183-0**

Recording Dist: 201 - Cape Nome
2/26/2016 12:40 PM Pages: 1 of 24

A
L
A
S
K
A

Record in the Cape Nome Recording District
After recording return to:
Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501

## NOTICE OF LIS PENDENS

Robert Salna plaintiff in the action entitled ROBERT SALNA v. NOME GOLD ALASKA CORP., an Alaska Corporation, U.S. District Court, District of Alaska, Case 3:16-cv-00053-RRB hereby gives notice of the pendency of that action, which may affect title to or the right of possession of the following real property located in the Cape Nome Recording District, Second Judicial District, State of Alaska, and legally described as follows:

### US MINERAL SURVEY 326

Little Creek No. 10 Below
Little Creek No. 11 Below
Little Creek No. 12 Below
Little Creek No. 13 Below
Little Creek No. 6 Below
Little Creek No. 7 Below
Little Creek No. 8 Below
Little Creek No. 9 Below

### US MINERAL SURVEY 327

Otter Creek No. 9 Above

### US MINERAL SURVEY 338

Aspen Association

### US MINERAL SURVEY 345

Alabama Bench

Snow Shoe Bench

### US MINERAL SURVEY 346

Deer Gulch No. 2

*CO 2016-201*

THIS INSTRUMENT IS BEING RECORDED BY
YUKON TITLE COMPANY, INC.
AS AN ACCOMMODATION ONLY.
IT HAS NOT BEEN EXAMINED AS TO
ITS EFFECT, IF ANY, ON THE TITLE
OF THE ESTATE HEREIN.

1

eRecorded Document

**US MINERAL SURVEY 347**

Specimen No. 3 Below Bench

**US MINERAL SURVEY 385**

No. 9 Above Discovery on Anvil Creek

**US MINERAL SURVEY 411**

Bourbon Creek No. 2 Above
Bourbon Creek No. 3 Above

**US MINERAL SURVEY 418**

That portion of Dexter Creek No. 13 Above known as the Upper 1/2

**US MINERAL SURVEY 428**

No. 7 Above on Anvil Creek

**US MINERAL SURVEY 433**

My Girl Bench

**US MINERAL SURVEY 434**

My Own Placer Claim

**US MINERAL SURVEY 435**

Delaware Fraction

**US MINERAL SURVEY 444**

Lillian Association, EXCEPTING THEREFROM that portion conveyed to the City of Nome,
as described in a document recorded January 13, 1986 in Book 314, Page 960, Records of the
Nome Recording District, Second Judicial District, State of Alaska.

**US MINERAL SURVEY 455**

Dry Creek No. 12 Below

**US MINERAL SURVEY 456**

Dry Creek No. 6 Below

**US MINERAL SURVEY 457**

Dry Creek No. 10 Below
Dry Creek No. 8 Below

eRecorded Document

Dry Creek No. 9 Below

## US MINERAL SURVEY 461

Newton No. 1 Below

## US MINERAL SURVEY 466

Anvil Creek No. 3 Below Discovery

Anvil Creek No. 4 Below Discovery

Anvil Creek No. 5 Below Discovery

Anvil Creek No. 6 Below Discovery

Anvil Creek Excess R. L.

## US MINERAL SURVEY 476

Grouse Gulch No. 1

## US MINERAL SURVEY 477

Bloomer Bench

## US MINERAL SURVEY 478

Bella Fraction

Grass Gulch No. 1 Bench

Grizzle Fraction

## US MINERAL SURVEY 485

Anvil Creek Bench No. 7

Undivided 7/8 Interest in Constantine

Moonlight Fraction

Undivided 7/8 Interest in Moonlight No. 3 Below

Moonlight No. 2. Below

## US MINERAL SURVEY 488

Corning Association

## US MINERAL SURVEY 501

Undivided 1/2 Interest in Rocker Gulch No. 2

3

3 of 24
2016-000183-0

## US MINERAL SURVEY 502

Rengstorff Association, EXCEPTING THEREFROM that portion conveyed to the City of Nome for use as a landfill, as described in document recorded October 30, 1995 in Book 341, Page 372 of the Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 504

Blind Gulch No. 1 Group

Gadfly

Green Gulch Discovery

Wheatfield Association

## US MINERAL SURVEY 505

Kid's Association, EXCEPTING THEREFROM that portion of said land described as follows: commencing at Corner No. 2 of Kid's Association Placer Claim, U.S. Mineral Survey No. 505, said corner being common to Corner No. 6 of the Miowera Placer Claim, U.S. Mineral Survey No. 1163 and Corner No. 1 of the No. 3 Below Claim on Little Creek, U.S. Mineral Survey No. 505; thence S. 18° 31' W, 574.50 feet along the line common to said Kid's Association Placer Claim and No. 3 Below Claim to the True Point of Beginning for this description; thence continuing S. 18° 31' W. along said common line 398.50 feet to Corner No. 3 of said Kid's Association Placer Claim, said corner being common to Corner No. 4 of the aforementioned No. 3 Below Claim and Corner No. 1 of the No. 4 Below Claim on Little Creek, U.S. Mineral Survey No. 505; thence S. 15° 19' W. along the line common to said Kid's Association Placer Claim and No. 4 Below Claim 611.50 feet to a point that is common to Corner No. 4 of said No. 4 Below Claim and Corner No. 1 of the No. 5 Below Claim on Little Creek, Mineral Survey No. 505; thence N. 76° 53' 43" W. across said Kid's Association Placer Claim 807.76 feet to a point on the westerly line thereof, said point being N. 10° 48' E. 925.00 feet from Corner No. 6 of said Kid's Association Placer Claim; thence N. 10° 48' E. along said westerly line 1010.00 feet; thence S. 76° 48' 22" E. across said Kid's Association Placer Claim 909.58 feet to the point of beginning.

No. 3 Below Discovery on Little Creek

No. 4 Below Discovery on Little Creek

No. 5 Below Discovery on Little Creek

Vikings Association

## US MINERAL SURVEY 507

Legan Tender

4

eRecorded Document

## US MINERAL SURVEY 509

Dexter Creek No. 1 Above, EXCEPTING THEREFROM that portion conveyed to Cecil Johnson and Craig Oleson as described in a document recorded June 8, 1999 in Book 353, Page 806, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 510

Dexter Creek No. 3 Above

Dexter Creek No. 4 Above

## US MINERAL SURVEY 511

Dexter Creek No. 6 Above

Dexter Creek No. 6 Bench

Dexter Creek No. 7 Above

Empire

## US MINERAL SURVEY 512

Burke's Association

Waldens Association

## US MINERAL SURVEY 523

Undivided 7/32 Interest in Grass Gulch No. 1

## US MINERAL SURVEY 670

Laura Gulch No. 3

## US MINERAL SURVEY 672

Anvil Creek Bench No. 13 Left Fork

## US MINERAL SURVEY 673

Harvey Bench

## US MINERAL SURVEY 685

Bourbon Creek No. 4 Below

Bourbon Creek No. 5 Below

eRecorded Document

Bourbon Creek No. 6 Below, EXCEPTING THEREFROM those portions located within the Chicken Hill Subdivision as shown on Plat 94-8 recorded May 12, 1994 in the Records of the Nome Recording District, Second Judicial District, State of Alaska.

**US MINERAL SURVEY 688**

Bourbon Creek No. 1 Below

**US MINERAL SURVEY 689**

Buena Vista

Northern Queen (Bourbon Disc.)

**US MINERAL SURVEY 690**

Bourbon Fraction No. 1 Mine

Lucky Fraction (On Bourbon)

Tract C of the Subdivision of Bench No 2 Placer Claim, U.S. Mineral Survey #691, according to the plat filed March 5, 1981 as Plat 81-1; Records of the Nome Recording District, Second Judicial District, State of Alaska.

**US MINERAL SURVEY 694**

Bamboo Bench

Elk Bench

Thomas Bench

Wonder Creek Bench No. 2 Off Disc. L.L.

**US MINERAL SURVEY 699**

Nugget Bench

Wonder Creek No. 1 Below

Wonder Creek Discovery, Parcels "C" and "D" of the Military Museum Subdivision, according to Plat No. 2005-8 Records of the Nome Recording District, Second Judicial District, State of Alaska. (Excludes Lot 1 and Parcel "A" North Side Hwy.)

Dry Creek No. 11 Below

**US MINERAL SURVEY 711**

Dexter Creek No. 2 Above

**US MINERAL SURVEY 712**

Dexter Creek No. 5 Above

**US MINERAL SURVEY 713**

Dexter Creek No. 8 Above

eRecorded Document

### US MINERAL SURVEY 714

Anvil Creek No. 5 Above Discovery
Anvil Creek No. 6 Above Discovery
Quartz Gulch No. 1
Quartz Gulch No. 2

### US MINERAL SURVEY 718

North Pole Bench
Paystreak Bench
Sunset Bench

### US MINERAL SURVEY 719

Dexter Creek No. 1 Left Hand Branch
Dexter Creek No. 2 Left Hand Branch
Dexter Creek No. 3 Left Fork

### US MINERAL SURVEY 720

Dry Creek No. 5 Above

### US MINERAL SURVEY 722

Anvil Creek No. 1 Above Discovery
Anvil Creek No. 1 Below Discovery
Anvil Creek No. 2 Above Discovery
Anvil Creek Discovery
Zip Coon Fraction

### US MINERAL SURVEY 746

Undivided 5/6 Interest in Gertrude

### US MINERAL SURVEY 750

Specimen No. 4 Above Bench

eRecorded Document

Exhibit A
Page 8 of 25

## US MINERAL SURVEY 756

Bourbon Creek No. 3 1/2 Above

## US MINERAL SURVEY 758

Seattle No. 1

Seattle No. 2

## US MINERAL SURVEY 765

Holyoke No. 3

## US MINERAL SURVEY 1104

Dry Creek No. 13 Below

## US MINERAL SURVEY 1105

Lawrence, EXCEPTING THEREFROM that portion of said land conveyed to the State of Alaska by deed recorded February 8, 1963, in Book 249, Page 34, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1111

Dry Creek No. 3 Below

## US MINERAL SURVEY 1112

Flat Creek No. 1, EXCEPTING THEREFROM that portion of said land conveyed to the State of Alaska by deed recorded February 8, 1963, in Book 249, Page 34; ALSO EXCEPTING THEREFROM 1.05 acres, more or less conveyed to Heinrich and Lillian Springer by Quitclaim Deed dated July 28, 1980 recorded in Book 296, Page 992; ALSO EXCEPTING THEREFROM .526 acres, more or less conveyed to Heinrich Springer by Quitclaim Deed recorded October 3, 1983 in Book 306, Page 183; ALSO EXCEPTING THEREFROM those portions conveyed within the Flat Creek Subdivision, shown on plat 90-4 recorded June 24, 1990; ALSO EXCEPTING THEREFROM those portions conveyed within the Darling Creek Subdivision, shown on plat 2002-9 recorded May 20, 2002, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1123

Carnation Association

## US MINERAL SURVEY 1124

Laura Gulch No. 1

eRecorded Document

## US MINERAL SURVEY 1125

Lind Fraction

## US MINERAL SURVEY 1127

Tundra Lakes Association, EXCEPTING THEREFROM any portion contained in Tract B of the Wonder Bench Subdivision, Plat No. 99-2, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1132

Bourbon Creek No. 1 Above

## US MINERAL SURVEY 1149

Oro Grande

## US MINERAL SURVEY 1153

Anvil Creek No. 2 Below Discovery

## US MINERAL SURVEY 1155

Linda Association Group Placer

## US MINERAL SURVEY 1156

Beauty Association

Center Creek Bench No. 5 First Tier L.L.

## US MINERAL SURVEY 1163

Diamond Fraction

Solo Bench

Tundra Association, EXCEPTING THEREFROM 6.70 acres, more or less, as conveyed to the State of Alaska, Department of Transportation and Public Facilities by Corporation Warranty Deed dated June 10, 1983 and recorded in Book 305, Page 118; ALSO EXCEPTING THEREFROM that portion located within the Flat Creek Subdivision as shown on Plat 90-4 recorded August 24, 1990, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

Miowera Association

eRecorded Document

## US MINERAL SURVEY 1164

Lester Bench, EXCEPTING THEREFROM that portion of said land conveyed to the State of Alaska by deed recorded February 8, 1963, in Book 249, Page 34, Records of the Nome Recording District; ALSO EXCEPTING THEREFROM that portion located within the Flat Creek Subdivision as shown on Plat 90-4, recorded on August 24, 1990 all in the Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1166

Newton No. 4 Below

## US MINERAL SURVEY 1173

Bourbon Cr Bench No. 6 Below R.L.

## US MINERAL SURVEY 1176

Mabel Bench

## US MINERAL SURVEY 1179

Undivided 1/2 Interest in Molasses

## US MINERAL SURVEY 1181

Undivided 1/2 Interest in Honey

## US MINERAL SURVEY 1182

Newton  No. 6 Below
Newton  No. 7 Below
Ophir Group

## US MINERAL SURVEY 1183

Harold Bench
Highland Chief

## US MINERAL SURVEY 1184

Dickey Fraction
Fabiola Bench

eRecorded Document

## US MINERAL SURVEY 1185

Holyoke No. 2

## US MINERAL SURVEY 1192

Anvil Creek No. 4 Above Discovery

## US MINERAL SURVEY 1195

Nakkela

## US MINERAL SURVEY 1196

Lena
Mattie

## US MINERAL SURVEY 1202

Mutt Association

## US MINERAL SURVEY 1203

Wizzard

## US MINERAL SURVEY 1204

Adair Fraction
Dry Creek No. 4 Below
Dry Creek No. 5 Below

## US MINERAL SURVEY 1205

Specimen No. 5 Below Bench

## US MINERAL SURVEY 1206

Sour Dough Group, EXCEPTING THEREFROM that portion of said land lying within US MINERAL SURVEY 1232.

## US MINERAL SURVEY 1209

Dry Creek No. 7 Bench Below L.L.

11

eRecorded Document

Embry Association

Undivided 7/16 Interest in Esther Association

Undivided 1/8 Interest in Golden Bull

Undivided 1/2 Interest in Golden Cow

Undivided 3/4 Interest in Meadow Association

## US MINERAL SURVEY 1210

Undivided 1/4 Interest in Webb Addition

## US MINERAL SURVEY 1217

Jupiter Association, EXCEPTING THEREFROM those portions sold to the City of Nome, as described in the document recorded on October 30, 1995 in Book 341, Page 372 and on the Deed recorded on September 20, 1990 in Book 213, Page 279, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1219

Fourty Acres

## US MINERAL SURVEY 1220

Black Hawk

Bonanza

Highest Bid

## US MINERAL SURVEY 1221

Anvil Creek No. 10 Above Discovery

Anvil Creek No. 11 Above Discovery

## US MINERAL SURVEY 1223

Anvil Creek No. 8 Above Discovery

## US MINERAL SURVEY 1225

Ruby

eRecorded Document

12 of 24
2016-000183-0

**US MINERAL SURVEY 1229**

Holyoke No. 1

**US MINERAL SURVEY 1230**

Big Five Bench

**US MINERAL SURVEY 1246**

Dexter Creek No.11 Above

**US MINERAL SURVEY 1247**

Anvil Creek No. 3, Above Discovery

**US MINERAL SURVEY 1248**

Flat Creek No. 2

**US MINERAL SURVEY 1250**

Dry Creek No. 2 Below

**US MINERAL SURVEY 1253**

K.L. Bench
Omisk Fraction

**US MINERAL SURVEY 1254**

All Gold Fraction
Sugar Mine Bench

**US MINERAL SURVEY 1255**

Undivided 5/6 Interest in Dexter Creek Bn. No 2 L.L.
Undivided 5/6 Interest in Golden Bench
Undivided 5/6 Interest in Louise Bench

**US MINERAL SURVEY 1261**

Sheldon No. 2

**US MINERAL SURVEY 1263**

Montana Fraction

13

eRecorded Document

**US MINERAL SURVEY 1287**

Specimen No. 4 Below Bench

**US MINERAL SURVEY 1293**

Good Luck Fraction (Dexter Creek)

**US MINERAL SURVEY 1296**

Just a Little Fraction

**US MINERAL SURVEY 1297**

Peluck Creek No. 5 Above

**US MINERAL SURVEY 1298**

Lucky Two Bench

**US MINERAL SURVEY 1304**

Saturday R. L. of Peluk Creek

**US MINERAL SURVEY 1315**

Chicago Association
New York Association

**US MINERAL SURVEY 1317**

Freya
Odin

**US MINERAL SURVEY 1318**

Art
Barrel
Driftwood
Igloo

eRecorded Document

Levi

Lone

Morning

Reindeer

Saga

Saturday

Stone

## US MINERAL SURVEY 1319

Agnes

Ajax

Alma Plauv

Aristocrat

Arizaba

Barzarker

Climax

Colorado

French Bench Association

Gold Bug Creek No. 1

Gold Bug Creek No. 2

High Line Association

Hillside

Hilltop

Ingeborg

Jess Discovery

Katinky

Keenok

Killarney

Lake

Lakeside

Rosie

San-Joaquin

eRecorded Document



15 of 24
2016-000183-0

Exhibit A
Page 16 of 25

Sarah

Sea Shore

Spring

Thor

Triangle Fraction

## US MINERAL SURVEY 1330

Undivided 1/2 Interest in Mystery Bench

## US MINERAL SURVEY 1333

Florence Association

## US MINERAL SURVEY 1334

Capital

Goose Lake Association

## US MINERAL SURVEY 1335

Bunnel Fraction

Checkaruker Bench

Freeze Out Bench

Kimbo

Mascot

Oro Association

Wildcat

## US MINERAL SURVEY 1336

Bay Claim

## US MINERAL SURVEY 1340

Marvel

Hour

eRecorded Document

Exhibit A
Page 17 of 25

## US MINERAL SURVEY 1341

Grass Gulch No. 3, EXCEPTING THEREFROM that unrecorded conveyance of a portion to Ross & Brendt.

## US MINERAL SURVEY 1342

Undivided 7/8 Interest in Specimen No. 3

Specimen No. 4

## US MINERAL SURVEY 1351

Laura Bench (Newton No. 2)

## US MINERAL SURVEY 1354

Combination Association

Jane Association

Otter Creek No. 7 Above

## US MINERAL SURVEY 1356

Artic Association

Daisy

June Bench

Woconda

## US MINERAL SURVEY 1357

Undivided 1/2 Interest in Opal

## US MINERAL SURVEY 1358

Bacon

## US MINERAL SURVEY 1359

Wentland No. 1

Wentland No. 2

eRecorded Document

Exhibit A

### US MINERAL SURVEY 1363

Jumbo Association

### US MINERAL SURVEY 1367

Rainy Day Group Association
Snake River Association

### US MINERAL SURVEY 1368

Good Luck Bench No. 3 Below

### US MINERAL SURVEY 1373

Good Luck Fraction (Center Creek)
Mayflower

### US MINERAL SURVEY 1376

Undivided 7/24 Interest in East Anvil Bench No. 7

### US MINERAL SURVEY 1377

Junior Fraction

### US MINERAL SURVEY 1378

Dry Creek No. 12 Bench Below L.L.

### US MINERAL SURVEY 1379

Dry Creek No. 10 Bench Below L.L.
Dry Creek No. 11 Bench Below L.L.
Dry Creek No. 9 Bench Below L.L.

### US MINERAL SURVEY 1382

Undivided 1/4 Interest in Rocker Creek

18

eRecorded Document

18 of 24
2016-000183-0

Case 3:16-cv-00053-RRB   Document 6-1   Filed 03/04/16   Page 19 of 25
Exhibit A
Page 19 of 25

## US MINERAL SURVEY 1386

Mandeline Fr. Placer

## US MINERAL SURVEY 1387

Ridge Association

## US MINERAL SURVEY 1394

Owl Group

Red Fox Group

White Fox Group, EXCEPTING THEREFROM that portion conveyed to Josephine L. Reader and John R. Peterson by Quitclaim Deed recorded on March 8, 2001, Book 359, Page 895, and Corrective Quitclaim Deed recorded May 17, 2004, serial number 2004-000514-0; ALSO EXCEPTING THEREFROM that portion conveyed to Terence Day by Warranty Deed recorded August 19, 2002, serial number 2002-000774-0; ALSO EXCEPTING THEREFROM that portion conveyed to Leo B. Rasmussen by Quitclaim Deeds recorded December 27, 2004, serial number 2004-001550-0, and Corrected Quitclaim Deed recorded March 23, 2009, serial number 2009-000189-0, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1399

Badger Bench

Peluk Creek No. 3

Peluk Creek No. 4

Star Bench

Tessie

Peluk Creek No. 2

## US MINERAL SURVEY 1800

Gold Hill

Big Chief

## US MINERAL SURVEY 1802

Malamute Association

19

eRecorded Document

19 of 24
2016-000183-0

Case 3:16-cv-00053-RRB   Document 6-1   Filed 03/04/16   Page 20 of 25

Exhibit A
Page 20 of 25

## US MINERAL SURVEY 1812

Dry Creek No. 7 Below

## US MINERAL SURVEY 1816

Snow Bird

## US MINERAL SURVEY 1821

Banana Fraction

## US MINERAL SURVEY 1825

Undivided 1/2 Interest in Sandhill Association

## US MINERAL SURVEY 1826

Undivided 1/2 Interest in Alma
Undivided 1/2 Interest in Easther Association
Undivided 1/2 Interest in Ellen
Undivided 1/2 Interest in Snow Queen
Undivided 1/2 Interest in Verdan Group

## US MINERAL SURVEY 1827

Albany
Buford Association
Channel
Quicksand

## US MINERAL SURVEY 1833

Dry Creek No. 6 Bench Below R.L.

## US MINERAL SURVEY 1842

Montreal

eRecorded Document

Exhibit A
Page 21 of 25

Panama

Star

Sunshine

## US MINERAL SURVEY 1845

Arcadia Claim

Argus

Corinthos

Undivided 7/8 Interest in Paystreak Association

Salonika

Sparta

Thesavrise Association

Tripolis

## US MINERAL SURVEY 1846

Alpa Association

Beta Association

Delta Association

Ephilon Association

Eta Association

Kapa Association (West 1/2 only)

Snoozie Association

Thita Association

Verna Association

Yama Association

Yota Association

## US MINERAL SURVEY 1848

Wonder Bench

## US MINERAL SURVEY 1859

Lincoln Placer

21

## US MINERAL SURVEY 1861

Wonder Creek No. 6 Below

Wonder Creek No. 6, 1st Tier Bench, EXCEPTING THEREFROM that portion sold to the City of Nome, as described in the document recorded on January 13, 1986 in Book 314, Page 960, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1884

Wonder Fraction No. 1, EXCEPTING THEREFROM that portion conveyed to the City of Nome as described in document recorded on January 13, 1986 in Book 314, Page 960, Records of the Nome Recording District, Second Judicial District, State of Alaska.
Wonder Fraction No. 2

## US MINERAL SURVEY 1885

Wonder Fraction No. 3

## US MINERAL SURVEY 1891

Birthday

Electra Bench

Lockheed Fraction

## US MINERAL SURVEY 1897

Haokon

Wedge Fraction

Maud Claim

Sea Biscuit

## US MINERAL SURVEY 1898

Rube

## US MINERAL SURVEY 1899

Bluitt Bench

Cupid Bench

eRecorded Document

Seymour Bench
Sharon Bench

## US MINERAL SURVEY 2113

Florence Bench

## US MINERAL SURVEY 2114

Dayton Bench

## US MINERAL SURVEY 2115

Seattle Bench

## US MINERAL SURVEY 2116

Pilgrim Fraction

## US MINERAL SURVEY 2117

Tent

## US MINERAL SURVEY 2118

Anvil Fraction

## US MINERAL SURVEY 2119

Tomahawk Fraction

## US MINERAL SURVEY 2120

Grecian Fraction

## US MINERAL SURVEY 2121

Drifter Bench
Signal Bench

eRecorded Document

Exhibit A
Page 24 of 25

## US MINERAL SURVEY 2125

Specimen No. 4 Bench L.L.

## US MINERAL SURVEY 2126

Bullion

Eagle Bench

Illinois Bench

Nugget

## US MINERAL SURVEY 2277

Willow

The claims and defenses asserted in this action are stated in the documents filed in the U.S. District Court in Case No. Case 3:16-cv-00053-RRB, which are incorporated by this reference as if fully set forth herein. The purpose of this Notice is to ensure that any purchaser, holder of a contract or option to purchase or encumbrancer of the property affected has constructive notice of the pendency of this action as provided by AS 09.45.940.

February 26, 2016.

Erik LeRoy, P.C.

Attorney for Robert Salna

Alaska Bar No 8310130

eRecorded Document

24 of 24
2016-000183-0