UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT SALNA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| NOME GOLD ALASKA CORP. | ) ) ) |
| Defendant. | ) Case No. 3:16-00053-RRB ) |

## ORDER EXPUNGING LIS PENDENS

Defendant Nome Gold Alaska Corp. ("NGAC") having moved for the release and expungement of the Notice of Lis Pendens recorded by the Plaintiff Robert Salna in conjunction with the initiation of this action, and any response and reply having been considered;

NGAC's Motion is hereby GRANTED; and

IT IS ORDERED that the Notice of Lis Pendens recorded on February 26, 2016 against the real property described in Exhibit A hereto as document number 2016-000183-0 in the records of the Cape Nome Recording District be expunged and released and shall have no further legal effect.

DATED this \_\_\_\_\_ day of _____, 2016.

_____
Ralph B. Beistline
United States District Judge

DWT 29045490v2 0050033-002171