ORDER EXHIBIT A:  LEGAL DESCRIPTIONS

Page 1 of 32

Real property located in the Cape Nome Recording District, Second Judicial District, State of Alaska, and legally described as follows:

## US MINERAL SURVEY 325

Gertie

Little Creek Discovery

Portland Bench, EXCEPTING THEREFROM that portion conveyed to the City of Nome by deed recorded November 8, 1961, in Book 245, Page 165; ALSO EXCEPTING THEREFROM 6.57 acres more or less conveyed to the City of Nome by Quitclaim Deed recorded January 15, 1980, Book 292, Page 603, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 326

Little Creek No. 10 Below
Little Creek No. 11 Below
Little Creek No. 12 Below
Little Creek No. 13 Below
Little Creek No. 6 Below
Little Creek No. 7 Below
Little Creek No. 8 Below
Little Creek No. 9 Below

## US MINERAL SURVEY 327

Otter Creek No. 9 Above

## US MINERAL SURVEY 328

Beatrice Bench

## US MINERAL SURVEY 330

Walker Bench, EXCEPTING THEREFROM 0.81 acres, more or less, conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978, Book 282, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Salna v. Nome Gold Alaska Corp.          1

## US MINERAL SURVEY 334

Minnie Bell, EXCEPTING THEREFROM an undivided 1/2 interest in that portion of said land described as follows:

Beginning at a point on Line 4-1 of Minnie Bell Placer Survey 334 at the intersection of East Line Bench Claim #4 on right limit, second tier on said Dry Creek, said point being distant 591.5' N53° 55' 5" W from Corner #4 and SE corner of said Minnie Bell Placer, thence along said Line 4-1 N 53° 55' 5" W 612.3' to SW corner of said Bench #4, thence N34° 01' 5" E 1096.4' to NW corner of same, thence S 38° 00' E 790.2' to NE corner, thence S 43° 06' W 885.5' to Line 4-1 Minnie Bell Placer containing 15.67 acres:

and ALSO EXCEPTING THEREFROM 5/24 interest in that portion of said land described as follows:

Commencing on the North Line of said Minnie Bell Placer at a point 135.6' northwesterly from Corner #3 or NE corner of said Minnie Bell Claim, thence along said North Line N 54° 16 1/4' W 1293.5', thence S 62° 17' W 680.2' to the SW corner of said Bench No. 1, thence S 55° 36' E 1243.2' to SE corner of said Bench #1, thence N 67° 02' E 678.1' to point of beginning, containing 17.61 acres.

## US MINERAL SURVEY 338

Aspen Association

## US MINERAL SURVEY 344

Steuben

## US MINERAL SURVEY 345

Alabama Bench

Snow Shoe Bench

## US MINERAL SURVEY 346

Deer Gulch No. 2

## US MINERAL SURVEY 347

Specimen No. 3 Below Bench

## US MINERAL SURVEY 385

No. 9 Above Discovery on Anvil Creek

## US MINERAL SURVEY 411

Bourbon Creek No. 2 Above

Bourbon Creek No. 3 Above

## US MINERAL SURVEY 418

That portion of Dexter Creek No. 13 Above known as the Upper 1/2

## US MINERAL SURVEY 428

No. 7 Above on Anvil Creek

## US MINERAL SURVEY 433

My Girl Bench

## US MINERAL SURVEY 434

My Own Placer Claim

## US MINERAL SURVEY 435

Delaware Fraction

## US MINERAL SURVEY 444

Lillian Association, EXCEPTING THEREFROM that portion conveyed to the City of Nome, as described in a document recorded January 13, 1986 in Book 314, Page 960, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 455

Dry Creek No. 12 Below

## US MINERAL SURVEY 456

Dry Creek No. 6 Below

## US MINERAL SURVEY 457

Dry Creek No. 10 Below

Dry Creek No. 8 Below

Dry Creek No. 9 Below

## US MINERAL SURVEY 461

Newton  No. 1 Below

## US MINERAL SURVEY 464

Dry Creek No. 2 Above

Dry Creek No. 3 Above

Bella Kirk Bench

## US MINERAL SURVEY 466

Anvil Creek No. 3 Below Discovery

Salna v. Nome Gold Alaska Corp.                    3

Anvil Creek No. 4 Below Discovery

Anvil Creek No. 5 Below Discovery

Anvil Creek No. 6 Below Discovery

Anvil CreekExcess R. L.

**US MINERAL SURVEY 476**

Grouse Gulch No. 1

**US MINERAL SURVEY 477**

Bloomer Bench

**US MINERAL SURVEY 478**

Bella Fraction

Grass Gulch No. 1 Bench

Grizzle Fraction

**US MINERAL SURVEY 485**

Anvil Creek Bench No. 7

Undivided 7/8 Interest in Constantine

Moonlight Fraction

Undivided 7/8 Interest in Moonlight No. 3 Below

Ault Fraction

Moonlight No. 2. Below

Zero

**US MINERAL SURVEY 488**

Corning Association

**US MINERAL SURVEY 492**

Bourbon Creek No. 5 Above
Kofa Fraction

**US MINERAL SURVEY 494**

Cebu, EXCEPTING THEREFROM 4.32 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, and by Re-Recorded Corporation Warranty Deed dated January 15, 1987, recorded June 12, 1989 in Book 324, Page 684, all in the Records of the Nome Recording District, Second Judicial District, State of Alaska.

Salna v. Nome Gold Alaska Corp.        4

XYZ, EXCEPTING THEREFROM that portion conveyed to the United States of America, Federal Aviation Administration by Statutory Warranty Deed recorded October 26, 1998 in Book 351, Page 430; ALSO EXCEPTING THEREFROM that portion conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978, recorded June 29, 1978 in Book 282, Page 864, and by Re-Recorded Corporation Warranty Deed dated January 15, 1987, recorded June 12, 1989 in Book 324, Page 684, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 501

Undivided 1/2 Interest in Rocker Gulch No. 2

### US MINERAL SURVEY 502

Rengstorff Association, EXCEPTING THEREFROM that portion conveyed to the City of Nome for use as a landfill, as described in document recorded October 30, 1995 in Book 341, Page 372 of the Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 504

Blind Gulch No. 1 Group

Gadfly

Green Gulch Discovery

Wheatfield Association

### US MINERAL SURVEY 505

Kid's Association, EXCEPTING THEREFROM that portion of said land described as follows: commencing at Corner No. 2 of Kid's Association Placer Claim, U.S. Mineral Survey No. 505, said corner being common to Corner No. 6 of the Miowera Placer Claim, U.S. Mineral Survey No. 1163 and Corner No. 1 of the No. 3 Below Claim on Little Creek, U.S. Mineral Survey No. 505; thence S. 18° 31' W, 574.50 feet along the line common to said Kid's Association Placer Claim and No. 3 Below Claim to the True Point of Beginning for this description; thence continuing S. 18° 31' W. along said common line 398.50 feet to Corner No. 3 of said Kid's Association Placer Claim, said corner being common to Corner No. 4 of the aforementioned No. 3 Below Claim and Corner No. 1 of the No. 4 Below Claim on Little Creek, U.S. Mineral Survey No. 505; thence S. 15° 19' W. along the line common to said Kid's Association Placer Claim and No. 4 Below Claim 611.50 feet to a point that is common to Corner No. 4 of said No. 4 Below Claim and Corner No. 1 of the No. 5 Below Claim on Little Creek, Mineral Survey No. 505; thence N. 76° 53' 43" W. across said Kid's Association Placer Claim 807.76 feet to a point on the westerly line thereof, said point being N. 10° 48' E. 925.00 feet from Corner No. 6 of said Kid's Association Placer Claim; thence N. 10° 48' E. along said westerly line 1010.00 feet; thence S. 76° 48' 22" E. across said Kid's Association Placer Claim 909.58 feet to the point of beginning.

No. 3 Below Discovery on Little Creek

No. 4 Below Discovery on Little Creek

No. 5 Below Discovery on Little Creek

Vikings Association

## US MINERAL SURVEY 507

Legan Tender

## US MINERAL SURVEY 508

Rockaway Association

## US MINERAL SURVEY 509

Dexter Creek No. 1 Above, EXCEPTING THEREFROM that portion conveyed to Cecil Johnson and Craig Oleson as described in a document recorded June 8, 1999 in Book 353, Page 806, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 510

Dexter Creek No. 3 Above

Dexter Creek No. 4 Above

## US MINERAL SURVEY 511

Dexter Creek No. 6 Above

Dexter Creek No. 6 Bench

Dexter Creek No. 7 Above

Empire

## US MINERAL SURVEY 512

Burke's Association

Waldens Association

## US MINERAL SURVEY 523

Undivided 7/32 Interest in Grass Gulch No. 1

## US MINERAL SURVEY 670

Laura Gulch No. 3

## US MINERAL SURVEY 671

Wisconsin

Salna v. Nome Gold Alaska Corp.                6

### US MINERAL SURVEY 672

Anvil Creek Bench No. 13 Left Fork

### US MINERAL SURVEY 673

Harvey Bench

### US MINERAL SURVEY 674

Durham, EXCEPTING THEREFROM 15.36 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864 of the Records of the Nome Recording District, Second Judicial District, State of Alaska.

Moonlight, EXCEPTING THEREFROM 15.32 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864 of the Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 675

Cyprus Noble

Cyprus Noble Bench

### US MINERAL SURVEY 685

Bourbon Creek No. 4 Below

Bourbon Creek No. 5 Below

Bourbon Creek No. 6 Below, EXCEPTING THEREFROM those portions located within the Chicken Hill Subdivision as shown on Plat 94-8 recorded May 12, 1994 in the Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 686

Bourbon Creek No. 3 Below

### US MINERAL SURVEY 687

Bourbon Creek No. 2 Below

### US MINERAL SURVEY 688

Bourbon Creek No. 1 Below

### US MINERAL SURVEY 689

Buena Vista

Northern Queen (Bourbon Disc.)

Salna v. Nome Gold Alaska Corp.        7

## US MINERAL SURVEY 690

Bourbon Fraction No. 1 Mine

Lucky Fraction (On Bourbon)

## US MINERAL SURVEY 691

Bench No. 1 Placer Claim

Tract C of the Subdivision of Bench No 2 Placer Claim, U.S. Mineral Survey #691, according to the plat filed March 5, 1981 as Plat 81-1; Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 694

Bamboo Bench

Elk Bench

Thomas Bench

Wonder Creek Bench No. 2 Off Disc. L.L.

## US MINERAL SURVEY 699

Nugget Bench

Wonder Creek No. 1 Below

Wonder Creek Discovery, Parcels "C" and "D" of the Military Museum Subdivision, according to Plat No. 2005-8 Records of the Nome Recording District, Second Judicial District, State of Alaska. (Excludes Lot 1 and Parcel "A" North Side Hwy.)

## US MINERAL SURVEY 707

Mojave

O.K.

## US MINERAL SURVEY 709

Dry Creek No. 11 Below

## US MINERAL SURVEY 711

Dexter Creek No. 2 Above

## US MINERAL SURVEY 712

Dexter Creek No. 5 Above

## US MINERAL SURVEY 713

Dexter Creek No. 8 Above

### US MINERAL SURVEY 714

Anvil Creek No. 5 Above Discovery

Anvil Creek No. 6 Above Discovery

Quartz Gulch No. 1

Quartz Gulch No. 2

### US MINERAL SURVEY 716

Lindblom No. 1

### US MINERAL SURVEY 717

Center Creek No. 5

### US MINERAL SURVEY 718

North Pole Bench

Paystreak Bench

Sunset Bench

### US MINERAL SURVEY 719

Dexter Creek No. 1 Left Hand Branch

Dexter Creek No. 2 Left Hand Branch

Dexter Creek No. 3 Left Fork

### US MINERAL SURVEY 720

Dry Creek No. 4 Above

Dry Creek No. 5 Above

### US MINERAL SURVEY 722

Anvil Creek No. 1 Above Discovery

Anvil Creek No. 1 Below Discovery

Anvil Creek No. 2 Above Discovery

Anvil Creek Discovery

Zip Coon Fraction

### US MINERAL SURVEY 739

Mabel Fraction (Center Creek), EXCEPTING THEREFROM 17.39 acres, more or less, as conveyed to the Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864 Records of the Nome Recording District, Second Judicial District, State of Alaska.

Snyder, EXCEPTING THEREFROM 8.14 acres, more or less, as conveyed to the Alaska Department of Transportation and Public Facilities by Corporation Quitclaim deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 746
Undivided 5/6 Interest in Gertrude

### US MINERAL SURVEY 750
Specimen No. 4 Above Bench

### US MINERAL SURVEY 756
Bourbon Creek No. 3 1/2 Above

### US MINERAL SURVEY 758
Seattle No. 1

Seattle No. 2

### US MINERAL SURVEY 765
Holyoke No. 3

### US MINERAL SURVEY 1104
Dry Creek No. 13 Below

### US MINERAL SURVEY 1105
Lawrence, EXCEPTING THEREFROM that portion of said land conveyed to the State of Alaska by deed recorded February 8, 1963, in Book 249, Page 34, Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 1111
Dry Creek No. 3 Below

### US MINERAL SURVEY 1112
Flat Creek No. 1, EXCEPTING THEREFROM that portion of said land conveyed to the State of Alaska by deed recorded February 8, 1963, in Book 249, Page 34; ALSO EXCEPTING THEREFROM 1.05 acres, more or less conveyed to Heinrich and Lillian Springer by Quitclaim Deed dated July 28, 1980 recorded in Book 296, Page 992; ALSO EXCEPTING THEREFROM .526 acres, more or less conveyed to Heinrich Springer by Quitclaim Deed recorded October 3, 1983 in Book 306, Page 183; ALSO EXCEPTING THEREFROM those portions conveyed within the Flat Creek Subdivision, shown on plat 90-4 recorded June 24, 1990; ALSO EXCEPTING THEREFROM those portions conveyed within the Darling Creek

Subdivision, shown on plat 2002-9 recorded May 20, 2002, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 1123

Carnation Association

### US MINERAL SURVEY 1124

Laura Gulch No. 1

### US MINERAL SURVEY 1125

Lind Fraction

### US MINERAL SURVEY 1127

Tundra Lakes Association, EXCEPTING THEREFROM any portion contained in Tract B of the Wonder Bench Subdivision, Plat No. 99-2, Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 1132

Bourbon Creek No. 1 Above

### US MINERAL SURVEY 1133

Center Creek No. 1, EXCEPTING THEREFROM 8.08 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

### US MINERAL SURVEY 1136

Hazel Kirk, US Mineral Survey No. 1136; Records of the Nome Recording District, Second Judicial District, State of Alaska; EXCEPTING THEREFROM any portion conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporate Warranty Deed recorded April 25, 1994 Book 337, Page 272; and ALSO EXCEPTING THEREFROM any

portion lying within NOME 21ST CENTURY SUBDIVISION PHASE 1, Plat 2008-8, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Tract A1, Iowa Association Subdivision, according to the plat filed December 14, 2006 as Plat No. 2006-25, Records of the Nome Recording District, Second Judicial District, State of Alaska; EXCEPTING THEREFROM any portion conveyed to the State of Alaska, Department of Transportation and Public Facilities by Corporate Warranty Deed recorded April 25, 1994 in Book 337 at Page 272; and ALSO EXCEPTING THEREFROM that portion platted as NOME 21ST CENTURY SUBDIVISION, PHASE 1, according to the plat filed October 27, 2008 as Plat No. 2008-8; Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1139

Center Creek Bench No. 2  Second Tier

Center Creek Bench No. 1 Second Tier

Durham Fraction

Moonlight Bench.

## US MINERAL SURVEY 1142

Raymond, EXCEPTING THEREFROM 0.97 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864; and by Re-Recorded Corporation Warranty Deed dated February 15 1987 recorded in Book 324 Page 684; and by document recorded January 17, 1989 in Book 323, Page 63, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

Sioux

Skookum, EXCEPTING THEREFROM 1.44 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District as amended by Re-Recorded Corporation Warranty Deed dated February 15,1987 and recorded in Book 324 Page 684, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

Wabash, EXCEPTING THEREFROM 0.03 acres, more or less, as conveyed to the State of Alaska Department of the Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, and by Re-Recorded Corporation Warranty Deed dated February 15, 1987 and recorded in Book 324 Page 684; and by document recorded January 17, 1989 in Book 323, Page 63, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1149

Oro Grande

## US MINERAL SURVEY 1153

Anvil Creek No. 2 Below Discovery

## US MINERAL SURVEY 1154

Navajo, EXCEPTING THEREFROM 3.51 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, and by Re-Recorded Corporation Warranty Deed dated February 15, 1987 and recorded in Book 324, Page 684, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

Pump Fraction, EXCEPTING THEREFROM 1.81 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District and by Re-Recorded Corporation Warranty Deed dated February 15, 1987 and recorded in Book 324 Page 684, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1155

Linda Association Group Placer

## US MINERAL SURVEY 1156

Beauty Association

Center Creek Bench No. 5 First Tier L.L.

## US MINERAL SURVEY 1158

Anvil Tundra Association, EXCEPTING THEREFROM that portion that conflicts with H.G. Beach Right Limit Wonder Creek as excluded in the deed from Pioneer Mining & Ditch Co., recorded May 10, 1935, Book 215, Page 83; ALSO EXCEPTING THEREFROM that portion sold to the City of Nome, as described in the document recorded January 13, 1986 in Book 314, Page 960, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1160

Dry Creek No. 1 Below

Dry Creek Discovery (Eskimo Chief)

## US MINERAL SURVEY 1163

Diamond Fraction

Solo Bench

Tundra Association, EXCEPTING THEREFROM 6.70 acres, more or less, as conveyed to the State of Alaska, Department of Transportation and Public Facilities by Corporation Warranty Deed dated June 10, 1983 and recorded in Book 305, Page 118; ALSO EXCEPTING THEREFROM that portion located within the Flat Creek Subdivision as shown on Plat 90-4 recorded August 24, 1990, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

Miowera Association

## US MINERAL SURVEY 1164

Lester Bench, EXCEPTING THEREFROM that portion of said land conveyed to the State of Alaska by deed recorded February 8, 1963, in Book 249, Page 34, Records of the Nome Recording District; ALSO EXCEPTING THEREFROM that portion located within the Flat Creek Subdivision as shown on Plat 90-4, recorded on August 24, 1990 all in the Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1166

Newton No. 4 Below

## US MINERAL SURVEY 1167

Ki-Ora Association, EXCEPTING THEREFROM that portion of said land conveyed to the City of Nome by Deed dated November 8, 1961, and recorded in Book 245, Page 165, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Undivided 2/3 Interest in Metson Bench

## US MINERAL SURVEY 1173

Bourbon Cr Bench No. 6 Below R.L.

## US MINERAL SURVEY 1176

Mabel Bench

## US MINERAL SURVEY 1178

Undivided 1/2 Interest in Bear Cub

## US MINERAL SURVEY 1179

Undivided 1/2 Interest in Molasses

## US MINERAL SURVEY 1180

Undivided 1/2 Interest in Early Bear

## US MINERAL SURVEY 1181

Undivided 1/2 Interest in Honey

Salna v. Nome Gold Alaska Corp.                    14

**US MINERAL SURVEY 1182**

Newton  No. 6 Below

Newton  No. 7 Below

Ophir Group

**US MINERAL SURVEY 1183**

Harold Bench

Highland Chief

**US MINERAL SURVEY 1184**

Dickey Fraction

Fabiola Bench

**US MINERAL SURVEY 1185**

Holyoke No. 2

**US MINERAL SURVEY 1192**

Anvil Creek No. 4 Above Discovery

**US MINERAL SURVEY 1195**

Nakkela

**US MINERAL SURVEY 1196**

Lena

Mattie

**US MINERAL SURVEY 1197**

Dry Creek No. 1 Above

**US MINERAL SURVEY 1199**

Sener Bench

**US MINERAL SURVEY 1202**

Mutt Association

Salna v. Nome Gold Alaska Corp.                    15

**US MINERAL SURVEY 1203**

Wizzard

**US MINERAL SURVEY 1204**

Adair Fraction

Dry Creek No. 4 Below

Dry Creek No. 5 Below

**US MINERAL SURVEY 1205**

Specimen No. 5 Below Bench

**US MINERAL SURVEY 1206**

Sour Dough Group, EXCEPTING THEREFROM that portion of said land lying within US MINERAL SURVEY 1232.

**US MINERAL SURVEY 1209**

Dry Creek No. 7 Bench Below L.L.

Embry Association

Undivided 7/16 Interest in Esther Association

Undivided 1/8 Interest in Golden Bull

Undivided 1/2 Interest in Golden Cow

Undivided 3/4 Interest in Meadow Association

**US MINERAL SURVEY 1210**

Undivided 1/4 Interest in Webb Addition

**US MINERAL SURVEY 1217**

Jupiter Association, EXCEPTING THEREFROM those portions sold to the City of Nome, as described in the document recorded on October 30, 1995 in Book 341, Page 372 and on the Deed recorded on September 20, 1990 in Book 213, Page 279, Records of the Nome Recording District, Second Judicial District, State of Alaska.

**US MINERAL SURVEY 1219**

Fourty Acres

**US MINERAL SURVEY 1220**

Black Hawk

Bonanza

Salna v. Nome Gold Alaska Corp.                    16

Highest Bid

**US MINERAL SURVEY 1221**

Anvil Creek No. 10 Above Discovery

Anvil Creek No. 11 Above Discovery

**US MINERAL SURVEY 1223**

Anvil Creek No. 8 Above Discovery

**US MINERAL SURVEY 1225**

Ruby

**US MINERAL SURVEY 1229**

Holyoke No. 1

**US MINERAL SURVEY 1230**

Big Five Bench

**US MINERAL SURVEY 1241**

Tidal Wave

**US MINERAL SURVEY 1246**

Dexter Creek No.11 Above

**US MINERAL SURVEY 1247**

Anvil Creek No. 3, Above Discovery

**US MINERAL SURVEY 1248**

Flat Creek No. 2

**US MINERAL SURVEY 1249**

Five Corners, EXCEPTING THEREFROM that portion of said land conveyed to the City of Nome by Deed recorded November 8, 1961, in Book 245, Page 165, Records of the Nome Recording District, Second Judicial District, State of Alaska.

**US MINERAL SURVEY 1250**

Dry Creek No. 2 Below

**US MINERAL SURVEY 1253**

K.L. Bench

Omisk Fraction

## US MINERAL SURVEY 1254

All Gold Fraction

Sugar Mine Bench

## US MINERAL SURVEY 1255

Undivided 5/6 Interest in Dexter Creek Bn. No 2 L.L.

Undivided 5/6 Interest in Golden Bench

Undivided 5/6 Interest in Louise Bench

## US MINERAL SURVEY 1258

Prague Placer

## US MINERAL SURVEY 1261

Sheldon No. 2

## US MINERAL SURVEY 1263

Montana Fraction

## US MINERAL SURVEY 1268

Uno Bench

## US MINERAL SURVEY 1284

Dover Association, EXCEPTING THEREFROM 4.93 acres, more or less, as conveyed to the
State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim
Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the
Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1287

Specimen No. 4 Below Bench

## US MINERAL SURVEY 1288

Belle

## US MINERAL SURVEY 1293

Good Luck Fraction (Dexter Creek)

## US MINERAL SURVEY 1294

Undivided 7/12 Interest in Tibbetts Bench

Undivided 1/4 Interest in Concave

Undivided 1/4 Interest in Convex

## US MINERAL SURVEY 1296

Duplex Fraction

Just a Little Fraction

## US MINERAL SURVEY 1297

Peluck Creek No. 5 Above

## US MINERAL SURVEY 1298

Jaunita

Lucky Two Bench

## US MINERAL SURVEY 1301

Farsells Association, EXCEPTING THEREFROM 0.51 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1303

Toothpick Fraction

## US MINERAL SURVEY 1304

Saturday R. L. of Peluk Creek

## US MINERAL SURVEY 1310

Great Western Group

## US MINERAL SURVEY 1312

Helga Fraction

## US MINERAL SURVEY 1315

Chicago Association

New York Association

**US MINERAL SURVEY 1316**

Abandoned

**US MINERAL SURVEY 1317**

Freya

Odin

**US MINERAL SURVEY 1318**

Art

Barrel

Driftwood

Igloo

Levi

Lone

Morning

Reindeer

Saga

Saturday

Stone

**US MINERAL SURVEY 1319**

Agnes

Ajax

Alma Plauv

Aristocrat

Arizaba

Barzarker

Climax

Colorado

French Bench Association

Gold Bug Creek No. 1

Gold Bug Creek No. 2

High Line Association

Hillside

Salna v. Nome Gold Alaska Corp.          20

Hilltop

Ingeborg

Jess Discovery

Katinky

Keenok

Killarney

Lake

Lakeside

Rosie

San-Joaquin

Sarah

Sea Shore

Spring

Thor

Triangle Fraction

## US MINERAL SURVEY 1330

Undivided 1/2 Interest in Mystery Bench

## US MINERAL SURVEY 1333

Florence Association

## US MINERAL SURVEY 1334

Capital

Goose Lake Association

## US MINERAL SURVEY 1335

Bunnel Fraction

Checkaruker Bench

Freeze Out Bench

Kimbo

Mascot

Oro Association

Wildcat

## US MINERAL SURVEY 1336

Bay Claim

## US MINERAL SURVEY 1338

Center Creek No. 1 Bench West

Center Creek No. 2 Bench West R.L.

Center Creek No. 2, EXCEPTING THEREFROM 9.37 acres, more or less as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim deed dated April 24, 1978 in Book 282, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1339

Iris, Jonah, Koyuck and Last and Beach Claim Vega Placer, EXCEPTING THEREFROM that portion conveyed to the City of Nome for a Waste Water Lagoon and Port Pad.

Arthur, Bronco, Cephei, Dandy, Eureka, Famous, Golden and Harriet Placer, EXCEPTING THEREFROM that portion of said land conveyed to J.S. Watte by deed recorded September 16, 1926, Book 211, Page 333; ALSO EXCEPTING THEREFROM that potion of said land conveyed to the USA by deed recorded May 28,1963, Book 249, Page 125; ALSO EXCEPTING THEREFROM that portion of said land conveyed to the City of Nome by deed recorded January 9, 1964, Book 249, Page 320; ALSO EXCEPTING THEREFROM that portion of said land conveyed to the City of Nome by deed recorded January 20, 1968, Book 261, Page 239; and ALSO EXCEPTING THEREFROM any portion conveyed to the Sitnasuak Native Association for a cemetery, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1340

Marvel

Hour

## US MINERAL SURVEY 1341

Grass Gulch No. 3, EXCEPTING THEREFROM that unrecorded conveyance of a portion to Ross & Brendt.

## US MINERAL SURVEY 1342

Undivided 7/8 Interest in Specimen No. 3

Specimen No. 4

## US MINERAL SURVEY 1344

Subway

Violet Association

### US MINERAL SURVEY 1349

Congress Fraction

Dry Creek Bench No. 2 Below L.L.

Uranus Fraction

### US MINERAL SURVEY 1350

Pearl Fraction

### US MINERAL SURVEY 1351

Laura Bench (Newton No. 2)

### US MINERAL SURVEY 1352

Laura No. 4 Bench L.L.

### US MINERAL SURVEY 1353

May Belle

### US MINERAL SURVEY 1354

Combination Association

Jane Association

Otter Creek No. 7 Above

### US MINERAL SURVEY 1356

Artic Association

Daisy

June Bench

Woconda

### US MINERAL SURVEY 1357

Undivided 1/2 Interest in Opal

### US MINERAL SURVEY 1358

Bacon

Salna v. Nome Gold Alaska Corp.    23

Viola Association, EXCEPTING THEREFROM 4.05 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Snake Bottom, EXCEPTING THEREFROM 0.004 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1359

Wentland No. 1

Wentland No. 2

## US MINERAL SURVEY 1363

Jumbo Association

## US MINERAL SURVEY 1367

Rainy Day Group Association

Snake River Association

## US MINERAL SURVEY 1368

Good Luck Bench No. 3 Below

## US MINERAL SURVEY 1373

Lonesome Fraction

Queen Bench, EXCEPTING THEREFROM that portion conveyed by Re-Recorded Corporation Warranty Deed to the State of Alaska, Department of Transportation and Public Facilities dated January 15, 1987, Book 324, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Center Creek Bench No. 4 First Tier L.L.

Good Luck Fraction (Center Creek)

Mayflower

## US MINERAL SURVEY 1376

Undivided 7/24 Interest in East Anvil Bench No. 7

## US MINERAL SURVEY 1377

Junior Fraction

Salna v. Nome Gold Alaska Corp.      24

## US MINERAL SURVEY 1378

Dry Creek No. 12 Bench Below L.L.

## US MINERAL SURVEY 1379

Dry Creek No. 10 Bench Below L.L.

Dry Creek No. 11 Bench Below L.L.

Dry Creek No. 9 Bench Below L.L.

## US MINERAL SURVEY 1382

Undivided 1/4 Interest in Rocker Creek

## US MINERAL SURVEY 1386

Mandeline Fr. Placer

## US MINERAL SURVEY 1387

Ridge Association

## US MINERAL SURVEY 1394

Owl Group

Red Fox Group

White Fox Group, EXCEPTING THEREFROM that portion conveyed to Josephine L. Reader and John R. Peterson by Quitclaim Deed recorded on March 8, 2001, Book 359, Page 895, and Corrective Quitclaim Deed recorded May 17, 2004, serial number 2004-000514-0; ALSO EXCEPTING THEREFROM that portion conveyed to Terence Day by Warranty Deed recorded August 19, 2002, serial number 2002-000774-0; ALSO EXCEPTING THEREFROM that portion conveyed to Leo B. Rasmussen by Quitclaim Deeds recorded December 27, 2004, serial number 2004-001550-0, and Corrected Quitclaim Deed recorded March 23, 2009, serial number 2009-000189-0, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1399

Badger Bench

Peluk Creek No. 3

Peluk Creek No. 4

Star Bench

Tessie

Peluk Creek No. 2

Salna v. Nome Gold Alaska Corp.  25

## US MINERAL SURVEY 1800

Gold Hill

Thelma

Big Chief

Jack

## US MINERAL SURVEY 1801

Nugget (on Center Creek), EXCEPTING THEREFROM 5.94 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, and by re-recorded Corporation Warranty Deed dated January 15, 1987 and recorded in Book 324, Page 684, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

Star Fraction, EXCEPTING THEREFROM 7.44 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, Page 864, Records of the Nome Recording District, and by re-recorded Corporation Warranty Deed dated January 15, 1987 and recorded in Book 324, Page 684, all in Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1802

Malamute Association

## US MINERAL SURVEY 1803

Wedge Fraction

## US MINERAL SURVEY 1811

Laura Bench (Dry Creek)

## US MINERAL SURVEY 1812

Dry Creek No. 7 Below

## US MINERAL SURVEY 1816

Snow Bird

## US MINERAL SURVEY 1817

Forgotten Fraction

### US MINERAL SURVEY 1821

Banana Fraction

### US MINERAL SURVEY 1825

Undivided 1/2 Interest in Sandhill Association

### US MINERAL SURVEY 1826

Undivided 1/2 Interest in Alma

Undivided 1/2 Interest in Easther Association

Undivided 1/2 Interest in Ellen

Undivided 1/2 Interest in Snow Queen

Undivided 1/2 Interest in Verdan Group

### US MINERAL SURVEY 1827

Albany

Buford Association

Channel

Quicksand

### US MINERAL SURVEY 1833

Dry Creek No. 6 Bench Below R.L.

### US MINERAL SURVEY 1842

Montreal

Panama

Star

Sunshine

### US MINERAL SURVEY 1845

Arcadia Claim

Argus

Corinthos

Undivided 7/8 Interest in Paystreak Association

Salonika

Sparta

Salna v. Nome Gold Alaska Corp.          27

Thesavrise Association

Tripolis

## US MINERAL SURVEY 1846

Alpa Association

Beta Association

Delta Association

Ephilon Association

Eta Association

Kapa Association (West 1/2 only)

Snoozie Association

Thita Association

Verna Association

Yama Association

Yota Association

## US MINERAL SURVEY 1848

Wonder Bench

## US MINERAL SURVEY 1859

Lincoln Placer

## US MINERAL SURVEY 1861

Wonder Creek No. 6 Below

Wonder Creek No. 6, 1st Tier Bench, EXCEPTING THEREFROM that portion sold to the City of Nome, as described in the document recorded on January 13, 1986 in Book 314, Page 960, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1868

Center Cr Bench No. 5 First Tier RL, EXCEPTING THEREFROM that portion sold to the City of Nome, as described in the document recorded on January 13, 1986 in Book 314, Page 960, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Golden Annie

## US MINERAL SURVEY 1877

Maud, EXCEPTING THEREFROM 3.66 acres, more or less, as conveyed to the State of Alaska Department of Transportation and Public Facilities by Corporation Quitclaim Deed dated April 24, 1978 and recorded June 29, 1978 in Book 282, page 864, Records of the Nome

Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1884

Wonder Fraction No. 1, EXCEPTING THEREFROM that portion conveyed to the City of Nome as described in document recorded on January 13, 1986 in Book 314, Page 960, Records of the Nome Recording District, Second Judicial District, State of Alaska.

Wonder Fraction No. 2

## US MINERAL SURVEY 1885

Wonder Fraction No. 3

## US MINERAL SURVEY 1891

Birthday

Electra Bench

Lockheed Fraction

Rex Fraction

Black Cat Fraction

No. 7 Bench, Bourbon, EXCEPTING THEREFROM that portion conveyed to the State of Alaska Department of Transportation and Public Facilities by Quitclaim Deed recorded June 29, 1978, Book 282, Page 864, Records of the Nome Recording District, Second Judicial District, State of Alaska.

## US MINERAL SURVEY 1896

Gold Avenue

Stormy Fraction

## US MINERAL SURVEY 1897

Haokon

Wedge Fraction

Maud Claim

Sea Biscuit

## US MINERAL SURVEY 1898

Aviation

Rube

### US MINERAL SURVEY 1899

Bluitt Bench

Cupid Bench

Seymour Bench

Sharon Bench

### US MINERAL SURVEY 2113

Florence Bench

### US MINERAL SURVEY 2114

Dayton Bench

### US MINERAL SURVEY 2115

Seattle Bench

### US MINERAL SURVEY 2116

Pilgrim Fraction

### US MINERAL SURVEY 2117

Tent

### US MINERAL SURVEY 2118

Anvil Fraction

### US MINERAL SURVEY 2119

Tomahawk Fraction

### US MINERAL SURVEY 2120

Grecian Fraction

### US MINERAL SURVEY 2121

Drifter Bench

Signal Bench

### US MINERAL SURVEY 2122

Center Creek Bench No. 3 Third Tier R.L.

United Bench

Salna v. Nome Gold Alaska Corp. 30

**US MINERAL SURVEY 2125**

Specimen No. 4 Bench L.L.

**US MINERAL SURVEY 2126**

Bullion

Eagle Bench

Illinois Bench

Nugget

**US MINERAL SURVEY 2277**

Willow